# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Jing WU | ) No.: C 06-7880 SI |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION TO RESET CASE |
| | ) MANAGEMENT CONFERENCE; |
| v. | ) AND [PROPOSED] ORDER |
| | ) |
| *Michael Chertoff*, Secretary of the | ) |
| Department of Homeland Security; | ) |
| *Emilio T. Gonzalez*, Director, | ) |
| U.S. Citizenship and Immigration Services; | ) Date: April 27, 2007 |
| *Christina Poulos*, Director, | ) Time: 9:00 a.m. |
| California Service Center, U.S.C.I.S.; | ) Court Room: 10, 19th floor |
| *Robert S. Mueller*, | ) |
| Director of Federal Bureau of Investigation | ) |
| | ) |
| Defendants. | ) |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. The Case Management Conference(CMC) is presently scheduled for April 6, 2007; and a hearing on a motion to dismiss with the Court is presently scheduled for April 27, 2007.

2. In the interest of conserving judicial resources, the parties respectfully request that the Court reset the CMC to the same time as hearing on April 27, 2007 at 9:00 a.m. The Case Management Statement (CMS) will be filed 7 days before CMC on April 20, 2007.

Date: March 13, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: March 13, 2007

JUSTIN X. WANG
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: March ____, 2007

SUSAN ILLSTON
United States District Judge