SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JING WU,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services;<br>CHRISTINA POULOS, Director, California Service Centr, U.S.C.I.S.;<br>ROBERT S. MUELLER, Director of Federal Bureau of Investigation,<br><br>        Defendants. | No. C 06-7880 EMC<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C06-7880 EMC                                  1

Dated: June 5, 2007

EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

Dated: June ___, 2007

JUSTIN X. WANG
Attorney for Plaintiff

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 7, 2007

IT IS SO ORDERED
Judge Edward M. Chen

Stipulation to Dismiss
C06-7880 EMC

2